1  HARVEY P. SACKETT
2  SACKETT
   AND ASSOCIATES
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  San Jose, California 95125
   Telephone: (408) 295-7755
5  Facsimile:  (408) 295-7444
6  /as
7  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES E. LIGHTNER, | ) Case No. 3:16-cv-06735-RS |
|---|---|
| Plaintiff, | ) |
| v. | ) SECOND AND FINAL STIPULATION |
| NANCY A. BERRYHILL,[1] | ) AND ~~PROPOSED~~ ORDER |
| Acting Commissioner, | ) |
| Social Security Administration | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a second and final extension of time of seven (7) days from May 26, 2017 until June 2, 2017, in which to e-file his Motion for Summary Judgment; and (2)

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 20, 2017. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted, therefore, for Acting Commissioner Carolyn W. Colvin as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

STIPULATION AND ORDER

Defendant shall file any opposition, including cross-motion, on or before July 2, 2017. This second and final extension is necessitated by with a further change in firm personnel.

Dated:  May 26, 2017

/s/HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff
JAMES E. LIGHTNER

Dated:  May 26, 2017

/s/Sundeep Patel
MARGARET BRANICK-ABILA
Special Assistant U.S. Attorney
Social Security Administration
"As authorize by email from Defendant's counsel on May 26, 2017"

IT IS ORDERED.

Dated: 5/26/17

RICHARD SEEBORG
United States District Judge

2

STIPULATION AND ORDER