| | |
|---|---|
| 1 | BRIAN STRETCH, CSBN 163973<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL, CSBN 230138<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>MARGARET BRANICK-ABILLA, CSBN 223600 |
| 4 | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800<br>    San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8929<br>    Facsimile: (415) 744-0134 |
| 7 |     E-Mail: margaret.branick-abilla@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. LIGHTNER, | ) | Case no. 3:16-cv-06735-RS |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have an extension of time, from June 30, 2017 until August 15, 2017, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Procedural Order for Social Security Review Actions (ECF no. 4) shall be extended accordingly.

Defendant has not previously requested any extensions in this matter. Defendant respectfully submits that good cause exists for the requested extension because the undersigned counsel for Defendant needs additional time to complete her review of the record, to evaluate the issues raised in Plaintiff's Motion for Summary Judgment, to determine whether options exist for settlement, and to

Stipulation & Proposed Order, Case no. 3:16-cv-06735-RS

1

accommodate competing workload demands.  Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: June 27, 2017          SACKETT AND ASSOCIATES

By:   */s/ Harvey P. Sackett*\*
      HARVEY P. SACKETT
      Attorneys for Plaintiff
      [*As authorized by email on June 27, 2017]

Dated: July 7, 2017           BRIAN STRETCH
                              United States Attorney

By:   /s/ *Margaret Branick-Abilla*
      MARGARET BRANICK-ABILLA
      Special Assistant United States Attorney
      Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/7/17

HON. RICHARD SEEBORG
United States Magistrate Judge

Stipulation & Proposed Order, Case no. 3:16-cv-06735-RS

2